COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-366-CV

MICHAEL HINZMANN, M.D.
 
APPELLANTS

AND CONSULTANTS IN RADIOLOGY

V.

JAMES BOWERS
 APPELLEE

 
 

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Unopposed Motion To Dismiss Appeal With Prejudice.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  January 21, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.